United States District Court
Eastern District of Michigan
Southern Division

American Civil Liberties Union
of Michigan,

     Plaintiff,

v.

U.S. Immigration and Customs
Enforcement, et al.,

     Defendants.

Civil No. 24-12466

Hon. Denise Page Hood
Mag. Judge Curtis Ivy, Jr.

## Joint Status Report

Pursuant to the Court's order (ECF No. 22), the parties submit this joint status report regarding the processing of Plaintiff's March 27, 2024, FOIA request to U.S. Immigration and Customs Enforcement (ICE). (ECF No. 1-2, PageID.12–14.)

Since the filing of the previous status report on July 31, 2025 (ECF No. 27), ICE issued monthly interim responses to Plaintiff in August and September 2025. For these interim responses, ICE reviewed a total of 1,549 pages of records and determined that 840 pages were duplicate and 3 pages were non-responsive. In addition, ICE referred 10 pages of records to other agencies for consultation prior to making a disclosure determination. ICE produced the remaining 696 pages to

Plaintiff. Portions of these records were released in full or withheld in part pursuant to FOIA Exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E).

To date, a total of 1,857 pages have been produced to Plaintiff. ICE continues to process potentially responsive records and intends to issue monthly interim responses to Plaintiff. The agency estimates that approximately 1,500 pages remain to be processed, along with 3 excel spreadsheets. The agency plans to continue to review at least 500 pages of records per month. In addition, the agency has identified potentially responsive audio files and video footage. The parties will confer and discuss a mutually agreeable production rate for these records, to begin once the agency has completed its review of the remaining documents.

The parties will file another joint status report on or before December 1, 2025, to update the Court on the processing of Plaintiff's FOIA request.

| American Civil Liberties Union Fund of Michigan | Jerome F. Gorgon, Jr. United States Attorney |
|---|---|
| *s/Ramis J. Wadood (w/consent)* | *s/Brittany D. Parling* |
| Ramis J. Wadood (P85791) Bonsitu Kitaba-Gaviglio (P78822) 2966 Woodward Avenue Detroit, MI 48201 586-214-7359 rwadood@aclumich.org bkitaba@aclumich.org | Brittany D. Parling (P78870) Assistant U.S. Attorney 211 W. Fort St., Ste. 2001 Detroit, MI 48226 313-226-9746 Brittany.Parling@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: September 25, 2025 | Dated: September 25, 2025 |